# Faculty Contract

**Name:** Ceferina Hess  **SSN:** ▓▓▓▓▓

**Address:** 320 Lawson Street
Greenwood SC 29649

**Title / Rank:** Associate Professor/Pol Sci
**Unit:** Hist. & Pol. Sci. Division

**TERMS AND CONDITIONS:**

**Effective Dates of Contract:** 8/16/01 to: 5/15/02

**Tenured:** 8/15/1978

The rights, privileges, and responsibilities of your appointment are those of a contract employee. The contractual relationship between you and Lander University is governed by the terms of this contract, the Faculty Handbook, and the laws of the State of South Carolina. The salary offered in this contract is subject to the final approval of the governing authorities of South Carolina.

Occasionally, the academic year activities may begin as early as August 12. When this occurs, faculty with nine-month contracts are expected to be on campus for the actual beginning date; and the actual end date will be adjusted accordingly without change to the standard contract dates and pay periods.

**Salary:** $43,438

The salary shown above represents the total remuneration for the periods indicated. Your salary is subject to deductions for: 1) withholding taxes, 2) Social Security, 3) retirement system contributions, and 4) any other deductions authorized by you.

Date: 7/18/2001  Signature: _/s/ Daniel W. Ball_
Daniel W. Ball, President

Date: July 20, 2001  Signature: _/s/ Ceferina F. Hess_
Ceferina Hess

DEFENDANT'S EXHIBIT 2 Hess